[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 13-12662
Non-Argument Calendar
_____

D.C. Docket No. 1:00-tp-00142-KMM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARMELO ROSADO-CURBELO,

Defendant-Appellant

_____

No. 13-12672
Non-Argument Calendar
_____

D.C. Docket No.  1:09-cr-20515-KMM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARMELO ROSADO-CURBELO,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Southern District of Florida
_____

(January 23, 2014)

Before PRYOR, FAY, and EDMONDSON, Circuit Judges.

PER CURIAM:

Carmelo Rosado-Curbelo appeals his 33-month (upward variance) sentence; and his 18-month sentence imposed following the revocation of the supervised release in two cases (although he raises no argument on appeal about his 18-month sentence).  In context of the record, the district court's explanation for his 33-month sentence, though brief, was adequate; and that sentence was procedurally

reasonable.  See United States v. Agbai, 497 F.3d 1226 (11th Cir. 2007).  The court's 33-month sentence was also substantively reasonable in the light of the record and the relevant sentencing factors identified in 18 U.S.C. §§ 3553(a) and 3853(e), particularly given Rosado-Curbelo's problems with recidivism and with adhering to the terms of his supervised release.

    AFFIRMED.